# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0839.  FULLER v. THE STATE.**

After this Court's request for completion of the appellate record in this case, the Clerk of the Superior Court of Sumter County has indicated that two tape recorded statements entered into evidence as State's Exhibits 3 and 4 in this matter: **07CR331 - The State v. Ramirez Contrell Fuller** may be missing or destroyed. The Superior Court did not indicate if the parties can reproduce these records.

Therefore, this appeal is deemed premature; accordingly, said appeal is **WITHDRAWN** and **REMANDED** to the trial court **with direction** to examine and supplement the record in accordance with the provisions of OCGA § 5-6-41. The Clerk of this Court shall remove this appeal from the appellate docket, without prejudice to the Appellant, and return it to the Clerk of the Superior Court of Sumter County. Upon resolution of the question herein raised, Appellant may reinitiate his appeal of this case by timely refiling his original notice of appeal within 30 days of the trial court's order disposing of the matter pursuant to OCGA § 5-6-41.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  10/10/2013
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*